# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:22-CR-0026-45** |
| | ) | |
| **AUSTON J. PROCTOR** | ) | |
| | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about December 20, 2023, Auston J. Proctor (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 21 U.S.C. § 846;

WHEREAS, on January 30, 2024, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the

    a. $53,516.00 in U.S. currency;

    b. Glock, 42, .380 pistol S/N AWC808;

    c. Colt, .380 special, 38 caliber revolver S/N RA553278;

    d. Sig Sauer, P226, .40 caliber pistol, S/N U682537;

    e. Colt, King Cobra, .357 Magnum revolver, S/N RA233980;

    f. Colt, Cobra, .32 caliber revolver, S/N 16508;

    g. Rossi, .22 caliber pistol, S/N 305888;

    h. Smith & Wesson, 357 magnum, .357 caliber revolver, S/N CUZ2266;

    i. Smith & Wesson, M&P 45, .45 caliber pistol, S/N MPR5917;

j.  Colt, .380 special, 38 caliber revolver S/N RA553278[1];

k.  KelTec, Sub 2000, .22 caliber rifle S/N FG6A23;

l.  Magpaul, ZEV-FL, multi-caliber rifle, S/N ZFL05262;

m.  Arsenal, 7.6x39 caliber rifle, S/N SAM75F;

n.  Andro Corp, ACI-15, multi-caliber rifle, S/N JJ00436;

o.  FN SCAR, 17S, 7.6x39 caliber rifle, S/N HOC23938;

p.  A 2018 Chevrolet Silverado bearing VIN 3GCUKSEJ9JG348269;

q.  Thirty-one (31) rounds of ammunition recovered from Sig Sauer S/N U692537

r.  Thirteen (13) rounds of .40 caliber ammunition recovered from Glock S/N BCLC293;

s.  Glock, 20 Gen 4, S/N BNNT725;

t.  Glock, 43X, 9mm pistol, S/N BTFS474;

u.  Glock, 23, .40 caliber pistol, S/N BCL293;

v.  FN SCAR, 17S, 7.6x39 caliber rifle, S/N HOC23938

(hereinafter, the "Subject Property") was property forfeitable to the United States;

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning February 2, 2024, through and including March 2, 2024 (Doc. 2435-1 at 3), and potential third party claimants were notified also (Doc. 2398); and

---

[1] The Colt 38 caliber revolver was mistakenly listed three times in the plea agreement (Doc. 2231 at 6, items x through xii), and is correctly listed once above.

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 21 U.S.C. § 853, and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

3

**SO ORDERED** this ___ day of April 2024.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA