# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 222-026-45 |
| AUSTON J. PROCTOR, | |
| Defendant. | |

### ORDER

Before the Court is Defendant Auston Proctor's motion to release bond funds. Dkt. No. 2669. On April 5, 2023, Julian Proctor deposited $2,500.00 cash as security on the appearance bond for Defendant. Dkt. Nos. 931, 933, 934. There being no forfeiture of the bond, and the Government having no objection to the motion, the motion is **GRANTED**.

It is hereby **ORDERED** that the cash collateral in the amount of $2,500.00 posted by Julian Proctor for Defendant, plus accrued interest, be returned to Julian Proctor at 452 Hickory Ridge Ct., Woodbine, Georgia 31569.

**SO ORDERED**, this 20 day of December, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA